THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ELLA MAE GAINES, Defendant-Appellant.

(No. 73-361;

Second District (2nd Division)—April 2, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Ralph Ruebner and Mary McCormick, both of State Appellate Defender's Office, of Elgin, for appellant.

William Sisler, State's Attorney, of Freeport (James W. Jerz and Martin P. Moltz, both of Illinois State's Attorneys Association, of counsel), for the People.